*In re* LUIS FIGUEROA ABREU.

Número: MC-88-62          Resuelto: 29 de mayo de 1992

*Rafael Ortiz Carrión, Procurador General, Reina Colón de Rodríguez, Procuradora General Interina, Norma Cotti Cruz, Subprocuradora General, Nilda P. Fuentes Ortiz,*

*José Roberto Vega Díaz,* e *Ivonne Casanova Pelosi, Procuradores Generales Auxiliares,* abogados de la Oficina del Procurador General; *Luis F. Abreu Elías,* abogado del querellado, *Luis Figueroa Abreu, pro se.*

El Juez Asociado Señor Rebollo López emitió la opinión del Tribunal.

Per Curiam: Mediante Resolución de fecha 6 de abril de 1989, suspendimos *temporeramente* del ejercicio de la profesión de abogado al Lcdo. Luis Figueroa Abreu. El Procurador General de Puerto Rico, con fecha de 13 de marzo de 1990, nos informó que contaba con información que demostraba que el abogado Figueroa Abreu, no obstante la suspensión decretada, aparentemente había actuado como abogado y notario. En vista a ello, le concedimos término al referido abogado para que mostrara causa por la cual no debía ser separado, *en forma indefinida,* del ejercicio de la abogacía en nuestra jurisdicción. Luego de la ocurrencia de varios trámites que resultan innecesarios relatar —que incluyen la asunción de representación legal del querellado por parte de varios abogados, la posterior renuncia de éstos como abogados del querellado, y la comparecencia *pro se* de éste— el licenciado Figueroa Abreu *no sólo* ha incumplido con varias órdenes de este Tribunal, *sino que* ha abandonado nuestra jurisdicción sin informar dirección alguna en que pueda ser notificado.

Reiteradamente hemos resuelto que *no* se tolerará la inexplicada, incomprensible y contumaz negativa de un miembro del foro de cumplir con las órdenes de este Tribunal, *In re Santiago Méndez,* 129 D.P.R. 696 (1991); *In re Nicot Santana,* 129 D.P.R. 717 (1992), en adición, que tampoco el Tribunal está en disposición de tolerar el abandono de la jurisdicción por parte de un abogado sin informar su futura dirección y con el obvio propósito de tratar de burlar procedimientos disciplinarios pendientes en su contra, *In re Aponte Sierra,* 128 D.P.R. 177 (1991), siendo ello causa

suficiente para decretar la separación de dicho abogado del ejercicio de la profesión en Puerto Rico.

En el presente caso, así se decreta. *Se dictará sentencia de conformidad.*

Los Jueces Asociados Señores Negrón García y Hernández Denton se inhibieron.